UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**VANDERBILT BEACH AND HARBOUR**
**CLUB ASSOCIATION, INC.,**

    **Plaintiff,**

vs.                                                          **CASE NO.: 2:23-cv-977**

**WRIGHT NATIONAL FLOOD**
**INSURANCE COMPANY,**

    **Defendant.**
_____/

## COMPLAINT

**COMES NOW** the Plaintiff, Vanderbilt Beach and Harbour Club Association, Inc. ("Plaintiff"), by and through their undersigned counsel, and hereby sues the Defendant, WRIGHT NATIONAL FLOOD INSURANCE COMPANY ("Defendant"), and as grounds therefor states as follows:

## PARTIES

1.    At all times material hereto, Plaintiff was and is the owner of real property located at 9318 Gulf Shore Drive, Naples, Collier County, Florida 34108.

2.    The Defendant is a foreign profit corporation, with its principal address at 300 North Beach Street, Daytona Beach, FL 32114.

3. The Defendant is an insurance company authorized to conduct business in the State of Florida and is engaged in the business of insurance in Collier County, Florida.

## JURISDICTION AND VENUE

4. This action arises under the *National Flood Insurance Act of 1968 ("NFIA")*, as amended, 82 Stat. 583, 42 U.S.C. §4001, *et seq.*, pursuant to the insurance contract issued to the Plaintiff. This action, having arisen under an applicable federal statute, namely, 42 U.S.C. §4072, requires the application of federal law pursuant to the general federal jurisdiction provisions of 28 U.S.C. §1331.

5. The insured property is situated in the Middle District of Florida and venue is proper in this Court pursuant to 42 U.S.C. §4072 and 44 C.F.R. Pt. 61, App. A(1), Article VII(R).

## FACTUAL ALLEGATIONS

6. Plaintiff purchased a flood policy of insurance, Policy No. 09 1150202985 12 (the "Policy"), for the policy period January 20, 2022, through January 20, 2023. A copy of the Flood Declarations Page issued by Wright National Flood Insurance Company is attached hereto and incorporated herein as **"Exhibit A"**.

7. The Policy issued to the Plaintiff covered flood damage to the Plaintiff's dwelling (Building) and personal property (Contents).

8. Plaintiff paid all premiums on the Policy and the Policy was in full and continuing force and effect at all relevant times herein.

9. Defendant, Wright National Flood Insurance Company, has assigned Policy No. 09 1150202985 12 and Claim No. 22 0005354 to this loss.

10. On or about September 28, 2022, rising water caused the inundation by water of the insured property and the surrounding area causing flood waters to enter the residence on the insured property.

11. As a direct and proximate result of the flooding, Plaintiff suffered a direct physical loss to their residence and personal property located at 9318 Gulf Shore Drive, Naples, Collier County, Florida 34108. Defendant partially indemnified Plaintiff for the damages to the dwelling and contents, but a dispute has arisen over the scope and amount of necessary building damage repairs as well as coverage for the total amount of flood damaged personal property items.

12. The damage to Plaintiff's real and personal property was caused by flood and is, therefore, an undisputed covered peril under the Policy.

13. Plaintiff made timely application for insurance benefits under the Policy and the claim was inspected and adjusted by or on behalf of Defendant, but Defendant has failed to pay the full benefits due and owing under the Policy for this loss.

14. All conditions precedent to obtaining payment of said benefits under the Policy from Defendant have been complied with, met, or waived.

## COUNT I
### Breach of Contract

15. Plaintiff realleges and incorporates paragraphs one (1) though fourteen (14) as though fully set forth herein.

16. Defendant has a duty to indemnify the Plaintiff in the event of a covered cause of loss during the policy period.

17. Defendant has breached the Policy of insurance by failing to pay the full benefits due and owing under the Policy for a covered cause of loss during the policy period.

18. Defendant's breach of the Policy of insurance as noted in Paragraph 17 above has proximately caused damage to the Plaintiff.

19. Plaintiff has been damaged by failing to receive the full benefits available under the Policy for the loss.

20. Plaintiff is entitled to the full cost of repair of the damage to the property, including but not limited to, repair to the structure, emergency repairs, and all other coverages afforded by the Policy for this loss.

21. Because of Defendant's refusal to pay the losses sustained by Plaintiff in full, Plaintiff has retained the services of the undersigned attorney and is obligated to pay a reasonable fee for their services. Plaintiff is

entitled to attorney's fees, costs and case expenses incurred in filing and prosecuting this action pursuant to the Equal Access to Judgment Act ("EAJA"), 28 U.S.C. § 2412.

**WHEREFORE,** Plaintiff, Vanderbilt Beach and Harbour Club Association, Inc., demands a judgment against the Defendant for:

    a.    All damages to which Plaintiff is entitled, including all benefits available under the Policy for this loss;

    b.    Court costs, case expenses, expert fees and costs, and attorney's fees pursuant to the Equal Access to Judgment Act ("EAJA"), 28 U.S.C. § 2412;

    c.    Trial by jury of all issues so triable as a matter of right; and

    d.    All further relief that the Court deems just and proper.

**DATED** this 31st day of October, 2023.

                                    /s/ Kelly A. Fantetti
                                    Kelly A. Fantetti, Esq.
                                    Florida Bar No. 96141
                                    STOCKHAM LAW GROUP, P.A.
                                    109 S. Edison Ave.
                                    Tampa, Florida 33606
                                    Telephone: (813) 867-4455
                                    Facsimile: (813) 867-4454
                                    Counsel for Plaintiff
                                    kfantetti@stockhamlawgroup.com
                                    Tampa.Pleadings@stockhamlawgroup.com